# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-40652
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
April 2, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Myron Anthonie Brown,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:20-CR-1278-1

———————————————————————

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Myron Brown has moved to withdraw and filed a brief per *Anders v. California*, 386 U.S. 738 (1967).  Brown has not filed a response.

During the pendency of the appeal, Brown completed the prison term imposed upon revocation of his supervised release, and he was released from

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40652

custody. Because Brown's sentence did not include an additional term of supervised release, the instant appeal does not present a case or controversy, so this court lacks jurisdiction. *See Spencer v. Kemna*, 523 U.S. 1, 7–8, 12–14 (1998). Therefore, the appeal is DISMISSED as moot, and the motion to withdraw is DENIED as unnecessary.